LARRY DAVIS

VERSUS

STATE OF LOUISIANA

NO. 25-KH-437

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

_____ September 25, 2025 _____

Linda Tran
First Deputy Clerk

**IN RE** LARRY DAVIS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE RAYMOND S. STEIB, JR., DIVISION "A", NUMBER 19-3252

Panel composed of Judges Susan M. Chehardy,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DENIED AS MOOT**

The relator, Larry Davis, has filed a *pro se* writ application seeking a writ of mandamus to compel the district court to provide him with a copy of the transcripts from his criminal trial. While the instant application is deficient, we observe from his prior writ application that on June 24, 2025, the trial court granted trial counsel's motion to withdraw as counsel of record, granted the relator's motion for appeal, and appointed the Louisiana Appellate Project to represent the relator for purposes of his appeal. *Davis v. State*, No. 25-KH-274, 2025 WL 1826057 (La. App. 5 Cir. July 2, 2025). We also note that the record for Mr. Davis's appeal was lodged with this Court on August 29, 2025.

After Mr. Davis has received the NOTICE OF LODGING OF RECORD from his appellate counsel, he will have 10 DAYS from the date that notice was mailed to him by his attorney to file a written request to view the record on appeal

with this court.  For this reason, we deny Mr. Davis's writ application seeking mandamus relief directed toward the district court as moot.

Gretna, Louisiana, this 25th day of September, 2025.

**JJM**
**SMC**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/25/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-437**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Hon. Raymond S. Steib, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Larry Davis #133082 (Relator)
David Wade Correctional Center
670 Bell Hill Road
Homer, LA 71040